FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 03 2018   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Nicole Charleston, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

Nationwide Credit, Inc.,

    Defendant.

Docket No: 2:17-cv-02686-JFB-AYS

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: January 2, 2018

| | |
|---|---|
| **HINSHAW & CULBERTSON, LLP** | **BARSHAY SANDERS, PLLC** |
| By: /s Ellen Silverman | By: /s Craig B. Sanders |
| Ellen Silverman, Esq. | Craig B. Sanders |
| 800 Third Avenue | 100 Garden City Plaza, Suite 500 |
| New York, New York 10022 | Garden City, New York 11530 |
| Tel: (212) 471-6220 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 111895 |
| | *Attorneys for Plaintiff* |

The Clerk of the Court shall close the case

**SO ORDERED**

/s/ Joseph F. Bianco
USDJ
Date: Jan. 3, 2018
Central Islip, N.Y.